# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: **253554**

**Mark Caleb English**

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

**C/O Gilbert**
**SGT. Obenchain**

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )    No (X)

    B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

           Plaintiff: _____

           Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  __LIMESTONE CORRECTIONAL FACILITY__

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No (X) LIMESTONE DON'T HAVE A GRIEVANCE FORM NOR ANY PROCEDURE, I'VE TRIED SEVERAL TIMES

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (X) BUT I'VE TRIED

C. If your answer is YES:

  1. What steps did you take? _____

  2. What was the result? _____

D. If your answer is NO, explain why not: ALL THE C/O'S, SGT'S, LT'S & CAPTAINS HAVE TOLD ME TIME & AGAIN NONE EXIST'S @ LIMESTONE, I'VE ALSO BEEN TOLD THE SAME THING ABOUT MEDICAL GRIEVANCES

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Mark Cleeb English #253554

Address 28779 Neck Davis Cir.
Harvest, AL 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant C/O Gilbert

Is employed as A Correctional Officer

at Limestone Correctional Facility

C. Additional Defendants Sgt. Obenchain

Correctional Sergeant

Limestone Correctional Facility

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 01-14-22 I was at the back of my cell (D-43) singing, my tray slot opened & C/O Gilbert emptied a full can of mase in my cell & on me for no reason. On 02-22-22 I was trying to get some cleaning supplies to clean my cell & Sgt. Obenchain opened my tray flap and punched me in my face through the tray slot.

4

V.  RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I WANNA BE COMPENSATED FOR MY INJURY'S I SUSTAINED DUE TO A NEGLIGENT C/O & A SGT, AS WELL AS FOR MY PAIN & SUFFERING THIS OFFICER & SGT. BRUNG UPON MY LIFE & THEY SHOULD BE HELD ACCOUNTABLE FOR THEIR ACTIONS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04-02-22

SIGNATURE  Mark Caleb English

ADDRESS 23779 Nick Davis Rd.
Harvest, AL 35749

AIS # 00253554