## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MARK CALEB ENGLISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:22-cv-00488-MHH-HNJ** |
| | ) | |
| **OFFICER GILBERT,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

On January 24, 2024, the Magistrate Judge entered a report in which he recommended that the Court treat the defendants' special report as a motion for summary judgment and that the Court grant the motion as to Mr. English's official capacity claims for monetary relief and deny the motion as to Mr. English's individual capacity claims for monetary relief. (Doc. 29). Afterwards, Mr. English submitted a document labelled "Appointment of Counsel and Response to Report and Recommendation." (Doc. 30). The defendants have not filed objections. In this opinion, the Court considers the Magistrate Judge's report and Mr. English's recent submission.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). A district judge must "make a *de novo* determination of those portions of the

[magistrate judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1).

In his recent submission, Mr. English does not appear to object to the Magistrate Judge's findings and conclusions. (Doc. 30). Rather Mr. English asks for appointment of counsel so that he may present his version of events adequately as this case moves forward and obtain video footage of the incidents he describes in his complaint. (Doc. 30, p. 2). Mr. English's request echoes the requests in his March 15, 2023, submission which the Court construed as a motion for appointment of counsel, additional time to respond, and a request for additional discovery. (Doc. 25; Doc. 26).

The Court will adopt the Magistrate Judge's report and accept his recommendation. Therefore, Mr. English's individual capacity claims will move forward, and he will have the chance to present his version of events at mediation or at trial. At this juncture, the Magistrate Judge will determine whether it is appropriate to appoint counsel to assist Mr. English.

To the extent Mr. English objects to the Magistrate Judge's analysis regarding Mr. English's official capacity claims for monetary damages, the Court overrules his objections because an action against the officers in their official capacity is essentially an action against the State of Alabama, and such an action cannot proceed. (Doc. 29, p. 8).

2

Accordingly, the Court adopts the Magistrate Judge's report and accepts his recommendation.  The Court grants the defendants' motion for summary judgment as to Mr. English's official capacity claims for monetary relief and denies the defendants' motion as to Mr. English's individual capacity claims for monetary relief.  This Court refers this matter to the Magistrate Judge for further proceedings consistent with this opinion and order.

**DONE** and **ORDERED** this March 4, 2024.

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE